UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jason Lee McLevis,  Civil 09-1061 JNE/FLN

    Petitioner,

v.  O R D E R

Sheriff Joel L. Brott,

    Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 1, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application to proceed *in forma pauperis* [#2] is DENIED; and

2. This action is DISMISSED WITHOUT PREJUDICE.


DATED: _July 22, 2009.        s/ Joan N. Ericksen
at Minneapolis, Minnesota     JUDGE JOAN N. ERICKSEN
                                            United States District Court